OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Fogle, Exr., Appellee, v. Cessna Aircraft Company, Appellant, et al.

[Cite as Fogle v. Cessna Aircraft Co. (1993),     Ohio St.3d     .]

Appeal dismissed as improvidently allowed.

(No. 92-677 -- Submitted May 19, 1993 -- Decided June 30, 1993.)

Appeal from the Court of Appeals for Franklin County, No. 90AP-977.

Vorys, Sater, Seymour & Pease, Edgar A. Strause III and Michael G. Long; Axley Brynelson and David W. Easton, for appellee.

Wiles, Doucher, Van Buren & Boyle Co., L.P.A., James M. Wiles and Craig D. Andrew; Belcher, Henzie & Biegenzahn and E. Lee Horton, for appellant.

The appeal is dismissed, sua sponte, as having been improvidently allowed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and F.E. Sweeney, JJ., concur.

Pfeifer, J., dissents and would affirm.